IN THE COURT OF CRIMINAL APPEALS


OF TEXAS






NO. WR-71,564-01






EX PARTE JAMES LEE INGRAM, Applicant








ON APPLICATION FOR A WRIT OF HABEAS CORPUS


CAUSE NO. 0957880D IN THE 371ST DISTRICT COURT


FROM TARRANT COUNTY





 Per curiam.

 

O R D E R



 Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the
clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. Ex parte
Young, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of possession of a
controlled substance and sentenced to nine months' imprisonment. The Second Court of Appeals
affirmed his conviction. Ingram v. State, 02-05-00249-CR (Tex. App.-Fort Worth, April 13, 2006,
pet. ref'd). 

 Applicant contends that he was convicted as a result of unreliable testimony. The State and
the trial court recommended that this Court grant relief. This application, however, was not filed on
the revised form designated for applications for a writ of habeas corpus filed under Article 11.07 of
the Code of Criminal Procedure. Accordingly, it is dismissed for noncompliance. Tex. R. App. P.
73.1.

Filed: March 18, 2009

Do not publish